

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Cornelio Zepeda Delgado, Jr.,           * From the County Court at Law
of Taylor County,
Trial Court No. 1-359-25.

Vs. No. 11-25-00204-CR              * October 23, 2025

The State of Texas,                   * Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Cornelio Zepeda Delgado, Jr.'s motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.